# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | 12-3182-001 | USA v. | Roybal | |
| Date: | 7/28/15 | Name of Deft: | Christopher Roybal | |
| Before the Honorable | | James O. Browning | | |
| Time In/Out: | 9:02 a.m./9:42 am. | Total Time in Court: | :40 | |
| Clerk: | K. Wild | Court Reporter: | J. Bean | |
| AUSA: | Shana Long | Defendant's Counsel: | Jacquelyn Robins (Appointed) | |
| Sentencing in: | ABQ | Interpreter: | N/A | |
| Probation Officer: | Shaun Ward | Sworn? | Yes | No |

| Convicted on: | X | Plea | | Verdict | | As to: | | Information | X | Indictment |
|---|---|---|---|---|---|---|---|---|---|---|
| Plea: | | Accepted | | Not Accepted | | Adjudged/Found Guilty on Counts: | | Counts 1, 37, 38, 39 and 40 | | |
| Plea Agreement: | X | Accepted | | Not Accepted | | No Plea Agreement | | Comments: | | |

| | | | | | |
|---|---|---|---|---|---|
| Date of Plea/Verdict: | February 25, 2015 | | PSR: | Not Disputed | X Disputed |
| PSR: | X | Court Reviewed PSR Factual Findings and USSG Calculations and Adopts as Its Own | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | see below | | | | |

| | | | | |
|---|---|---|---|---|
| **SENTENCE IMPOSED** | | Imprisonment (BOP): | 168 months (as to each Counts 1, 37, 38, 39 and 40; said terms shall run concurrently) | |
| Supervised Release: | 5 years (5 years as to Count 1; 3 years as to each Counts 37, 38, 39 and 40; said terms shall run concurrently) | Probation: | | X  500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| X | Participate in outpatient substance abuse program | | Register as sex offender |
| | Participate in outpatient mental health program | | Participate in sex offender treatment program |
| | No alcohol or other forms of intoxicants | | Possess no sexual material |
| X | Submit to search of person/property | | No computer with access to online services |
| X | No contact with victim(s) and/or co-Deft(s) **(except George Roybal, Kristin Lucero and Brandy Lucero)** | | No contact with children under 18 years |
| | No entering, or loitering near, victim's | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |

| X | OTHER: |
|---|---|
| | --The Defendant must refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs. |
| | --The Defendant must not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
| | --The Defendant must undergo a gambling disorder assessment in order to determine if counseling is necessary. |

| Fine: | $ | 0.00 | | Restitution: | $ | 0.00 | | |
|---|---|---|---|---|---|---|---|---|
| SPA: | $ | 500.00 | | Payment Schedule: | X | Due Immediately | | Waived |

| OTHER: | Consistent with a stipulation in the Plea Agreement, the Defendant forfeits his rights, title and interest to the following items: property located at 8004 Saddlebrook, Albuquerque, New Mexico 87120 – Lot 11, P1 Block 12; and in the 1967 Chevrolet Camero (VIN#124377L161370). Additionally, the Defendant agrees to imposition of a money judgment in the amount of $184,080.00 which is due at the time of his sentencing. |
|---|---|

| X | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | Court recommends FCI Phoenix, AZ, if eligible. |
| X | Dismissed Counts: | | Upon Court's inquiry, AUSA orally moves to dismiss remaining counts of Indictment and represents will submit written motion and proposed form of order re: same at later time; Court grants. |
| OTHER COMMENTS | | | AUSA addresses Court re: objection to para. 63; Court informs inclined to sustain objection; defense counsel has no argument re: same; Court sustains objection, thereby reducing CHC from IV to III. As to objection to no contact with co-Defendants/co-conspirators, Court confirms AUSA does not oppose excluding George Roybal, Kristin Lucero and Brandy Lucero from the ban, AUSA confirms; Court informs inclined to make exception as requested by defense; defense counsel has no argument re: same. Court notes with rulings re: objection, OL is now 35, CHC is III, providing a USSG range of 210-262 months. Upon Court's inquiry AUSA tenders written motion and proposed form of order for third level reduction based on acceptance; Court grants/signs. Court suggests para. 73 revised to change "working on screen play" to "working on a screen play" and the Addendum, at page 2, third line from bottom of last para., "under gambling" revised to "undergo gambling"; counsel and USPO concur with said changes. Defense counsel addresses Court and argues in support of downward variance outlined in 11(c)(1)(C) agreement. Defendant allocutes. AUSA addresses Court and argues in support of downward variance outlined in 11(c)(1)(C) agreement. Court accepts plea agreement – provides findings to support imposition of special conditions. Upon Court's inquiry, AUSA orally moves to dismiss remaining counts of Indictment and represents will submit written motion and proposed form of order re: same at later time; Court grants. Defense counsel requests recommendation to an appropriate facility in Arizona or Florida – specifically requests FCI Safford; USPO informs Safford is not appropriate, as does not offer RDAP – suggests FCI Phoenix, AZ; defense informs is acceptable; Court recommends same. |