IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff/Respondent,

vs.                                                                Nos. CIV 16-0932 JB/LAM
                                                                                                                                                                     CR 12-3182 JB

CHRISTOPHER M. ROYBAL,

    Defendant/Movant.

## **FINAL JUDGMENT**

Having adopted the Magistrate Judge's Proposed Findings and Recommended Disposition, filed March 24, 2017 (Doc. 10)("PFRD") in a Memorandum Opinion and Order, filed April 28, 2017 (Doc. 11)("MOO"), entered concurrently with this Final Judgment,

**IT IS ORDERED** that Final Judgment is entered in this case in favor of Plaintiff/Respondent United States of America, and this case is hereby dismissed with prejudice.

                                                                                            _____
                                                                                       UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Christopher M. Roybal
Sheridan, Oregon

    *Defendant/Movant Pro Se*

Damon P. Martinez
    United States Attorney
Joel R. Meyers
    Assistant United States Attorney
Albuquerque, New Mexico

    *Attorneys for the Plaintiff/Respondent*